## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROY D. DANTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | |
| | ) | 04-1237- JJF |
| FOREST ELECTRIC CORP. | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

I HEREBY CERTIFY that, on this date, a copy of Defendant's Second Request for

Production of Documents and Defendant's Second Set of Interrogatories to Plaintiff was served,

via Hand Delivery upon counsel for the Plaintiff, at the following address:

Robert K. Beste, Jr., Esq.
Cohen, Seglias, Pallas, Greenhall & Furman, P.C.
1007 Orange Street
Nemours Building, Suite 205
Wilmington, DE 19801


_____/s/ David P. Primack_____

Dated: March 11, 2005                David P. Primack (DE 4449)
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254
Phone: (302) 467-4224

WM\3733\1