IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROY D. DANTZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C. A. No. 04-1237 |
| | ) |
| v. | ) **NON-ARBITRATION CASE** |
| | ) |
| FOREST ELECTRIC CORPORATION, | ) |
| a New York corporation, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I, Robert K. Beste, Jr., Esquire, do hereby certify that on the 16th day of March, 2005, two (2) true and correct copies of Plaintiff's First Set of Interrogatories Directed to Defendant, were sent by First-Class Mail to the following:

David P. Primack, Esquire
Drinker, Biddle & Reath, LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254

COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, P.C.

_____
Robert K. Beste, Jr., Esq. (I.D. No. 154)
1007 Orange Street
Nemours Building, Suite 205
Wilmington, DE 19801
(302) 425-5089
Attorneys for Plaintiff

Dated: 3/16/05

RKB/msj
05554-0002