IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROY D. DANTZ, | ) |
|     Plaintiff, | ) C. A. No. 04-1237 JJF |
| v. | ) **NON-ARBITRATION CASE** |
| FOREST ELECTRIC CORPORATION, a New York corporation, | ) |
|     Defendant. | ) |

### NOTICE OF DEPOSITION

TO:   David P. Primack, Esquire
        Drinker, Biddle & Reath, LLP
        1100 N. Market Street, Suite 1000
        Wilmington, DE 19801-1254

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Paul Angerame, on Monday, April 25, 2005, beginning at 10:00 a.m., at the offices of Cohen, Seglias, Pallas, Greenhall & Furman, P.C., at the Nemours Bldg., 1007 Orange Street, Suite 205, Wilmington, DE 19801.

                                                **Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

                                                Robert K. Beste, Jr., Esq. (ID #154)
                                                1007 Orange Street
                                                Nemours Building, Suite 205
                                                Wilmington, DE 19801
                                                (302) 425-5089
                                                Attorneys for Plaintiff

Date: 3/30/05

cc: Wilcox & Fetzer, Court Reporters

05554-0002