## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., do hereby certify that on this ___30___ day of March, 2005, two (2) true and correct copies of the attached Notice of Deposition, were given to the following by the method indicated:

### BY FIRST-CLASS MAIL

David P. Primack, Esquire
Drinker, Biddle & Reath, LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-4224

**Cohen, Seglias, Pallas,
Greenhall & Furman, P.C.**

_____
Robert K. Beste, Jr., Esq. (ID #154)
1007 N. Orange Street
Nemours Building, Suite 205
Wilmington DE 19801
(302)425-5089
Attorney for Plaintiff

RKB/msj
05554-0002