IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROY D. DANTZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. NO. 04-1237-JJF |
| v. ) | |
| ) | |
| FOREST ELECTRIC CORP. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DEPOSITION

TO:   Robert K. Beste, Jr., Esq.
Cohen, Seglias, Pallas, Greenhall & Furman, P.C.
1007 Orange Street
Nemours Building, Suite 205
Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Roy Dantz, on Monday, April 25th, 2005, beginning at, the earlier of (i) 1:00 p.m. or (ii) the conclusion of Paul Angerame's deposition, at the offices of Cohen, Seglias, Pallas, Greenhall & Furman, P.C., at the Nemours Bldg., 1007 Orange Street, Suite 205, Wilmington, Delaware 19801. This deposition will be recorded and transcribed by stenographic means before a notary public or officer authorized by law to take deposition.

Dated: April 6, 2005

/s/ David P. Primack
David P. Primack (DE 4449)
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254
Phone: (302) 467-4224

WM\3883\1