## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROY D. DANTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. NO. 04-1237-JJF |
| v. | ) | |
| | ) | |
| FOREST ELECTRIC CORP. | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, David P. Primack, hereby certify that on April 6, 2005, I caused to be served a true and correct copy of the **Notice of Deposition** on the following as indicated:

**Via Hand Delivery**
Robert K. Beste, Jr., Esq.
Cohen, Seglias, Pallas, Greenhall & Furman, P.C.
1007 Orange Street
Nemours Building, Suite 205
Wilmington, DE 19801

DRINKER BIDDLE & REATH LLP

/s/ David P. Primack
David P. Primack (DE 4449)
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254
(302) 467-4200

WM\3883\1

- 2 -