IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROY D. DANTZ, | ) |
| | ) |
| Plaintiff, | ) C. A. No. 04-1237 |
| | ) |
| v. | ) **NON-ARBITRATION CASE** |
| | ) |
| FOREST ELECTRIC CORPORATION, | ) |
| a New York corporation, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I, Robert K. Beste, Jr., Esquire, do hereby certify that on the 11th day of April, 2005, two (2) true and correct copies of Plaintiff's Response to Defendant's Second Request for Production of Documents, were sent by First-Class Mail to the following:

David P. Primack, Esquire
Drinker Biddle & Reath, LLP
1100 N. Market Street
Wilmington, DE 19801-1254

COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, P.C.

_____
Robert K. Beste, Jr., Esq. (I.D. No. 154)
1007 Orange Street
Nemours Building, Suite 205
Wilmington, DE 19801
(302) 425-5089
Attorneys for Plaintiff

Dated: 4/11/05
RKB/msj
05554-0002

-1-