IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROY D. DANTZ, | ) |
| Plaintiff, | ) |
| | ) C. A. No. 04-1237 JJF |
| v. | ) |
| | ) **NON-ARBITRATION CASE** |
| FOREST ELECTRIC CORPORATION, | ) |
| a New York corporation, | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I, Robert K. Beste, Jr., Esquire, do hereby certify that on the 13th day of April, 2005, two (2) true and correct copies of Plaintiff's Answers to Defendant's Second Set of Interrogatories, were sent by First-Class Mail to the following:

David P. Primack, Esquire
Drinker Biddle & Reath, LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254

COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, P.C.

_____
Robert K. Beste, Jr., Esq. (I.D. No. 154)
1007 Orange Street
Nemours Building, Suite 205
Wilmington, DE 19801
(302) 425-5089
Attorneys for Plaintiff

Dated: 4/13/05
RKB/msj
05554-0002