IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROY D. DANTZ,<br><br>    Plaintiff,<br><br>v.<br><br>FOREST ELECTRIC CORP.<br><br>    Defendant. | )<br>)<br>)<br>)   CIVIL ACTION NO.<br>)<br>)   04-1237- JJF<br>)<br>)<br>) |

## NOTICE OF SERVICE

I HEREBY CERTIFY that, on April 22, 2005, a copy of Responses to Plaintiff's First Set of Interrogatories Directed to Defendant and Responses to Plaintiff's Second Request for Production of Documents Directed to Defendant was served upon counsel for the Plaintiff at the following address:

    Robert K. Beste, Jr., Esq.
    Cohen, Seglias, Pallas, Greenhall & Furman, P.C.
    1007 Orange Street
    Nemours Building, Suite 205
    Wilmington, DE 19801

Dated: April 26, 2005

    /s/ David P. Primack
    David P. Primack (DE 4449)
    Drinker Biddle & Reath LLP
    1100 North Market Street, Suite 1000
    Wilmington, DE 19801-1254
    Phone: (302) 467-4224

WM\3733\1