IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROY D. DANTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 04-1237 JJF |
| v. | ) | |
| | ) | NON-ARBITRATION CASE |
| FOREST ELECTRIC CORP. | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Roy D. Dantz and Defendant Forest Electric Corp., by their respective attorneys, hereby stipulate that the above-captioned case be dismissed with prejudice, each party to bear its own costs and attorneys fees.

Dated: May __, 2005

Respectfully submitted,

_____
Robert K Beste, Jr. (I.D. 154)
Cohen, Seglias, Pallas, Greenhall
& Fuman, P.C.
1007 Orange Street
Nemours Building
Wilmington, DE 19801
(302) 425-5089
Attorney for Plaintiff

_____
David P. Primack (DE 4449)
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254
Phone: 302-467-4224
Fax:    302-467-4201

Of Counsel
Gregory W. Homer
Drinker Biddle & Reath LLP
1500 K Street, NW, Suite 300
Washington, DC 20005-1209
Phone: (202) 842-8800
Fax:    (202) 842-8465
Attorneys for Defendant