IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROY D. DANTZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOREST ELECTRIC CORP. )<br>)<br>Defendant. ) | CIVIL ACTION NO. 04-1237 JJF<br><br>NON-ARBITRATION CASE |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Roy D. Dantz and Defendant Forest Electric Corp., by their respective attorneys, hereby stipulate that the above-captioned case be dismissed with prejudice, each party to bear its own costs and attorneys fees.

Dated: June 15, 2005

Respectfully submitted,

_____
Robert K Beste, Jr. (I.D. 154)
Cohen, Seglias, Pallas, Greenhall
& Fuman, P.C.
1007 Orange Street
Nemours Building
Wilmington, DE 19801
(302) 425-5089
Attorney for Plaintiff

_____
David P. Primack (DE 4449)
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254
Phone:  302-467-4224
Fax:      302-467-4201

Of Counsel
Gregory W. Homer
Drinker Biddle & Reath LLP
1500 K Street, NW, Suite 300
Washington, DC 20005-1209
Phone: (202) 842-8800
Fax:     (202) 842-8465
Attorneys for Defendant

**So Ordered**

_____
**United States District Court Judge**

DC\529804\2
5/4/2005 10:33 AM